**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.741.1670, FX - 615.532.2788**
**Service.Process@tn.gov**

June 09, 2020

Lincoln Life Insurance Company Of Boston
2908 Poston Avenue, % C S C
Nashville, TN 37203
NAIC # 65315

Certified Mail
Return Receipt Requested
7019 1120 0000 4178 9671
Cashier # 53823

Re: John Amos Carter V. Lincoln Life Insurance Company Of Boston

Docket # 3:20-Cv-219

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served June 03, 2020, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
800 Market Street, Ste 330
Knoxville, Tn 37902

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JOHN AMOS CARTER,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL CORPORATION D/B/A LINCOLN FINANCIAL GROUP; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Civil Action No. 3:20-cv-219 |

**DECLARATION PROVIDING LAST KNOWN ADDRESS FOR DEFENDANT**

Pursuant to Tennessee Code Annotated § 56-2-504 the last known address of the Defendant is:

Lincoln National Corporation d/b/a Lincoln Financial Group
150 North Radnor-Chester Road
Radnor, PA 19087
Find at:
https://www.lfg.com/public/general/contactformsclaims/companydirectory

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 27, 2020.

BY: */s Hudson T. Ellis*
Hudson T. Ellis (TN Bar #028330)
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-2506
(423) 634-2505 (fax)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| JOHN AMOS CARTER,<br><br>*Plaintiff(s)*<br>v.<br><br>LINCOLN NATIONAL CORPORATION D/B/A LINCOLN FINANCIAL GROUP; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>*Defendant(s)* | ) | Civil Action No. 3:20-cv-219 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lincoln National Corporation D/B/A Lincoln Financial Group
By and through the Commissioner of the TN Dept. of Commerce & Ins.
500 James Robertson Pkwy, Suite 660
Nashville, TN 37243-1131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hudson T. Ellis
414 McCallie Ave.
Chattanooga, TN 37402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT • EASTERN DISTRICT OF TENNESSEE

Date: 5/22/2020

[signature]

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:20-cv-219

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.741.1670, FX - 615.532.2788**
**Service.Process@tn.gov**

June 09, 2020

Lincoln Life Insurance Company Of Boston
2908 Poston Avenue, % C S C
Nashville, TN 37203
NAIC # 65315

Certified Mail
Return Receipt Requested
7019 1120 0000 4178 9688
Cashier # 53824

Re: John Amos Carter V. Lincoln Life Insurance Company Of Boston

Docket # 3:20-Cv-219

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served June 03, 2020, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
800 Market Street, Ste 330
Knoxville, Tn 37902

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JOHN AMOS CARTER,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN NATIONAL CORPORATION D/B/A LINCOLN FINANCIAL GROUP; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Civil Action No. 3:20-cv-219 |

**DECLARATION PROVIDING LAST KNOWN ADDRESS FOR DEFENDANT**

Pursuant to Tennessee Code Annotated § 56-2-504 the last known address of the Defendant is:

Liberty Life Assurance Company of Boston
100 Liberty Way, Mail Stop 03B
Dover, NH 03820
Find at: https://lifemadeeasy.libertymutual.com/Pages/Support-Pub.aspx

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 27, 2020.

BY: */s Hudson T. Ellis*

Hudson T. Ellis (TN Bar #028330)
414 McCallie Avenue
Chattanooga, Tennessee 37402
(423) 634-2506
(423) 634-2505 (fax)

# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | | |
|---|---|---|
| JOHN AMOS CARTER,<br><br>*Plaintiff(s)*<br>v.<br><br>LINCOLN NATIONAL CORPORATION D/B/A LINCOLN FINANCIAL GROUP; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>*Defendant(s)* | ) | Civil Action No. 3:20-cv-219 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Liberty Life Assurance Company of Boston
By and through the Commissioner of the TN Dept. of Commerce & Ins.
500 James Robertson Pkwy, Suite 660
Nashville, TN 37243-1131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hudson T. Ellis
414 McCallie Ave.
Chattanooga, TN 37402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT · EASTERN DISTRICT OF TENNESSEE

Date: 5/22/2020

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:20-cv-219

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: