UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JOHN AMOS CARTER

Plaintiff,

v. Case No. 3:20cv00219

LINCOLN NATIONAL CORPORATION, ET AL

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Defendants ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Texas

☑ **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 22, 2020

(Signature–hand signed)

Name: Iwana Rademaekers

Firm: Law Offices of Iwana Rademaekers, P.C.

Address:

14785 Preston Road, Suite 550, Dallas, Texas 75254

Email address: iwana@rademaekerslaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.