**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| **JOHN AMOS CARTER,** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:20-cv-000219 |
| | ) |
| v. | ) District Judge Travis R. McDonough |
| | ) Magistrate Judge Debra C. Poplin |
| **LINCOLN NATIONAL CORPORATION** | **)** |
| **D/B/A LINCOLN FINANCIAL GROUP;** | **)** |
| **LIBERTY LIFE ASSURANCE COMPANY** | **)** |
| **OF BOSTON** | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION REGARDING DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Defendants Lincoln National Corporation d/b/a Lincoln Financial Group and Liberty Life Assurance Company of Boston ("Defendants") and file this Unopposed Motion Regarding Deadline to Respond to Plaintiff's Complaint.

1. Plaintiff filed his Complaint on May 21, 2020. Defendants were served on June 3, 2020, and must file their Answer or otherwise respond by June 24, 2020.

2. Defendants request an extension to respond to or answer Plaintiff's Complaint in order to allow them time to obtain the necessary documents to appropriately respond to the Complaint. Accordingly, Defendants respectfully request that the Court enter an order that Defendants have until and including July 8, 2020, to answer or otherwise respond to Plaintiff's Complaint.

3. The office of the undersigned conferred with Plaintiff's counsel, Noah Breazeale, with regard to the relief requested in this Motion, and Plaintiff's counsel has stated that Plaintiff is not opposed to this Motion.

4. This Motion Regarding Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, Defendants request that the Court enter an order that Defendants shall have until and including July 8, 2020, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted this 22nd day of June 2020.

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Motion for Admission *Pro Hac Vice* Pending)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Parties of Record:

Hudson T. Ellis, Esq.
e-mail: ellish@buchanandisability.com

Noah Breazeale, Esq.
e-mail: nbreazeale@buchanandisability.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers