**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| JOHN AMOS CARTER,<br><br>*Plaintiff*,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>*Defendants*. | ) | Case No. 3:20-cv-219<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Debra C. Poplin |

---

**ORDER**

---

This case appears to be an action seeking benefits under the provisions of an employee benefit plan pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001−1461 ("ERISA"). Based on that assumption, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court proposes the following as a scheduling order. Unless any party objects within **ten days**, this will constitute the scheduling order applicable to the case.

It is **ORDERED** as follows:

1. The employee benefit plan administrator or fiduciary must serve a full and complete copy of the administrative record in this case on the plaintiff and file a "Notice of Service of the ERISA Record" with the Court within **forty-five days** of this Order.

2. The employee benefit plan administrator or fiduciary must file the relevant portions of the administrative record in this case with the Court within **seventy-five days** of the entry of this Order.

3. In the event any discovery in this case is appropriate, it will be completed within **sixty days** after defendant files its "Notice of Service of the ERISA Record." All discovery disputes are hereby referred to the United States Magistrate Judge assigned to this case, for hearing and determination, pursuant to 28 U.S.C. § 636(b)(1)(A) and Federal Rule of Civil Procedure 72(a).

4. All parties are deemed to have moved for judgment in their respective favor based upon the administrative record.

5. The plaintiff must file a brief stating the grounds on which benefits or other relief in this case are claimed within **ninety days** after the defendant files its "Notice of Service of the ERISA Record." At the same time, the plaintiff must file any objections to the authenticity of the administrative record.

6. The defendant must file a brief in response within **twenty days** after service of the plaintiff's brief.

7. If the plaintiff desires, the plaintiff may file a reply brief within **seven days** following the service of the defendant's brief.

8. Oral argument will be held on **February 2, 2021** at **10:00 a.m.**, in Courtroom 1A, 900 Georgia Avenue, Chattanooga, Tennessee. Any request to reschedule the hearing should be directed to Travis Thompson at (423) 752-3235. However, the Court may resolve the case based upon the written submissions, prior to the time set for oral argument.

9. If a party files a notice of settlement, the Court will dismiss the case if no agreed final order or judgment is submitted within **thirty days**.

10. By written stipulation signed by all counsel and filed with the Court, the parties may adjust the deadlines set forth above, except for the deadline in paragraph nine, provided that

no extension greater than **thirty days** of any particular deadline date will be permitted except by permission of the Court.

**SO ORDERED.**

***/s/ Travis R. McDonough***

**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**