**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | | |
|---|---|---|
| **JOHN AMOS CARTER,** | ) | |
| | ) | |
| *Plaintiff,* | ) | CIVIL ACTION NO. 3:20-cv-000219 |
| | ) | |
| v. | ) | District Judge Travis R. McDonough |
| | ) | Magistrate Judge Debra C. Poplin |
| | ) | |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON** | ) | |
| | ) | |
| *Defendants.* | ) | |

**NOTICE OF SERVICE OF THE ERISA RECORD**

Pursuant to the Order (Document 15) entered by the Court on July 22, 2020, Notice is hereby given that on September 4, 2020, Lincoln Life Assurance Company of Boston, formerly known as Liberty Life Assurance Company of Boston, served a full and complete bates-labeled copy the administrative record upon Plaintiff via electronic mail.

Respectfully submitted this 4th day of September 2020.

/s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Parties of Record:

Hudson T. Ellis, Esq.
e-mail: ellish@buchanandisability.com

Noah Breazeale, Esq.
e-mail: nbreazeale@buchanandisability.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers