**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE DIVISION**

| | |
|---|---|
| **JOHN AMOS CARTER,** | ) |
| | ) |
| *Plaintiff,* | ) CIVIL ACTION NO. 3:20-cv-000219 |
| | ) |
| v. | ) District Judge Travis R. McDonough |
| | ) Magistrate Judge Debra C. Poplin |
| | ) |
| **LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and LINCOLN LIFE ASSURANCE COMPANY OF BOSTON** | ) |
| | ) |
| *Defendants*. | ) |

---

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL**

---

Defendant, Lincoln Life Assurance Company of Boston, formerly known as Liberty Life Assurance Company of Boston, ("Lincoln Life") files this Unopposed Motion For Leave to File Under Seal as follows:

Lincoln Life requests that it be allowed to file *Defendant's Submission of Administrative Record* and the exhibits thereto under seal as the administrative record contains personal and confidential medical information.

The Record in this matter is voluminous (over 1,700 pages) and contains numerous relevant pages of sensitive medical information and other confidential information concerning Plaintiff, including, but not limited to, social security numbers, date of birth, addresses, bank account numbers, and other personal identifiers that all will have to be manually redacted. It would take Lincoln Life significant time and resources to redact all of these identifiers. Due to the very large size of the Record, Lincoln Life has considerable concerns that some identifiers could inadvertently be overlooked by human error.

The undersigned conferred with Plaintiff's counsel concerning the contents of this Motion on October 2, 2020, and was informed that Plaintiff does not oppose this Motion.

WHEREFORE, Lincoln Life respectfully requests that this Court grant its Motion and enter an order placing under seal *Defendant's Submission of Administrative Record*, along with the exhibits thereto, and withholding these documents from public inspection.

Dated this 5th day of October 2020.

Respectfully submitted,

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Telephone: (214) 579-9319
Facsimile: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following Parties of Record:

Hudson T. Ellis, Esq.
e-mail: ellish@buchanandisability.com

Noah Breazeale, Esq.
e-mail: nbreazeale@buchanandisability.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers