UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JOHN A. CARTER,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendants. | ) | No. 3:20-CV-219-TRM-DCP |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendant's Unopposed Motion for Leave to File Under Seal [Doc. 18], filed on October 5, 2020. Defendant moves the Court for leave to file the administrative record in this matter under seal. As grounds, Defendant states that the administrative record for this ERISA action contains numerous pages of sensitive medical information and other confidential medical information, such as Plaintiff's social security number, date of birth, addresses, and bank account numbers that would have to be manually redacted. Additionally, Defendant states that Plaintiff does not oppose the pending motion.

As is outlined in extensive detail in the District Court's Memorandum and Order Regarding Sealing Confidential Information [Doc. 6] filed in this matter, there is a strong presumption for the openness of documents filed with the Court. In deciding whether to seal records, the Court must consider (1) the public's interest in the litigation subject matter, (2) whether the information sought to be sealed is required by statute to be maintained in confidence, and (3) innocent third parties'

privacy interests. *Shane Grp., Inc. v. Blue Cross Blue Shield of Michigan*, 825 F.3d 299, 305-308 (6th Cir. 2016).

In this instance, the Court finds that the information in question includes medical records which are likely protected by federal law, HIPAA. The Court also finds that the need to protect Plaintiff's medical and other personal information outweighs the public's right to access the documents in question. Finally, in light of the voluminous nature of the administrative record in this matter, the Court finds that sealing of the entire administrative record is appropriate.

Accordingly, for good cause shown, Defendant's motion **[Doc. 18]** is hereby **GRANTED**. The administrative record in this matter **[Doc. 19] SHALL** be kept **UNDER SEAL**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge