IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JOHN AMOS CARTER,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON.,<br><br>Defendants. | Civil Action No. 3:20-cv-00219-TRM-DCP |

---

**NOTICE OF SETTLEMENT**

---

Plaintiff, John Amos Carter, provides notice of the settlement of this matter. The parties are consummating their agreement, after which a joint stipulation of dismissal with prejudice will be filed.

This 16th day of November, 2020.

Respectfully submitted,

ERIC BUCHANAN & ASSOCIATES, PLLC
ATTORNEYS FOR PLAINTIFF

BY: */s Noah Breazeale*
Noah Breazeale (Tenn. Bar #037152)
414 McCallie Avenue
Chattanooga, TN 37402
(423) 634-2506
FAX: (423) 634-2505
nbreazeale@buchanandisability.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of this the foregoing document has been filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following Parties of Record:

Iwana Rademaekers
14785 Preston Road,
Suite 550
Dallas, Texas 75254
Facsimile: (469) 444-6456
iwana@rademaekerslaw.com

This the 16th day of November, 2020.

BY: */s Noah Breazeale*
Noah Breazeale (Tenn. Bar #037152)
414 McCallie Avenue
Chattanooga, TN 37402
(423) 634-2506
FAX: (423) 634-2505
nbreazeale@buchanandisability.com