IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| JOHN AMOS CARTER,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON.,<br><br>Defendants. | Civil Action No. 3:20-cv-00219-TRM-DCP |

## **JOINT STIPULATION OF DISMISSAL**

The parties announce to the Court that all claims pending in this action have been settled. Each party is to bear its own costs and attorney's fees, and no costs, expenses, or fees are sought. Therefore, the parties stipulate that this entire case be dismissed, with prejudice.

This 23rd day of December, 2020.

Respectfully submitted,

**ERIC BUCHANAN & ASSOCIATES, PLLC**

***s/ Noah Breazeale***
Noah Breazeale (Tenn. Bar #037152)
414 McCallie Avenue
Chattanooga, TN 37402
(423) 634-2506
FAX: (423) 634-2505
nbreazeale@buchanandisability.com
***Attorneys for Plaintiff***

**Law Offices of Iwana Rademaekers, P.C.**

***s/ Iwana Rademaekers***

Iwana Rademaekers
14785 Preston Road,
Suite 550
Dallas, Texas 75254
Facsimile: (469) 444-6456
iwana@rademaekerslaw.com
***Attorneys for Defendants***